# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156656

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

JASON CHARLES ROBAR,
          Defendant-Appellant.

SC: 156656
COA: 335377
Muskegon CC: 16-002635-FH

_____/

On order of the Court, the application for leave to appeal the August 24, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2018



Clerk

s1114